1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:10-MJ-0255 KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER IN SUPPORT |
| MOISES DELTORO CHAVEZ, | ) | OF GOVERNMENT'S MOTION |
| | ) | TO DISMISS |
| Defendant. | ) | |

   Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, requests that the Court grant the government's motion to dismiss without prejudice the charges in the criminal complaint against defendant Moises Deltoro Chavez.

   The motion to dismiss is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Information obtained following issuance of the criminal complaint and an arrest warrant for Moises Deltoro Chavez reveals that a misidentification has occurred. Drug Enforcement Special Agent Richard J. Britt has prepared and executed

1  an Affidavit this afternoon indicating that Israel Deltoro-Loza (aka
2  Moises Deltoro) is the correct identity of the person initially
3  named in the criminal complaint as Moises Deltoro Chavez.

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: September 2, 2010　　　　　　　 /s/ Todd D. Leras
　　　　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**IT IS HEREBY ORDERED:**

The government's motion to dismiss without prejudice charges in the criminal complaint against Defendant Moises Deltoro Chavez is granted.

IT IS SO ORDERED

Date: September 3, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE